UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00036-MO |
| v. | INDICTMENT |
| CORWIN MICHAEL BOBB, | ORS 811.540(1)(b)(A); |
| | ORS 813.010; |
| Defendant. | 18 U.S.C. §§ 13 and 1152 |

### COUNT 1
(Fleeing or Attempting to Elude a Police Officer)
(ORS 811.540(1)(b)(A); 18 U.S.C. §§ 13 and 1152)

On or about October 22, 2015, in the District of Oregon, in Indian Country, on the Warm Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the United States, defendant **CORWIN MICHAEL BOBB**, an Indian male, did operate a motor vehicle, and a police officer who was operating a vehicle appropriately marked showing it to be an official police vehicle gave a visual and audible signal to bring defendant's vehicle to a stop, including a signal by hand, voice, emergency light or siren; and defendant, while still in his vehicle, did knowingly flee and attempt to elude the pursuing officer;

In violation of Oregon Revised Statute 811.540(1)(b)(A) and 18 U.S.C. §§ 13 and 1152.

### COUNT 2
(Driving Under the Influence of Intoxicants)
(ORS 813.010; 18 U.S.C. §§ 13 and 1152)

On or about October 22, 2015, in the District of Oregon, in Indian Country, on the Warm Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the

United States, defendant **CORWIN MICHAEL BOBB**, an Indian male, did operate a motor vehicle on premises open to the public, while under the influence of an intoxicant;

In violation of Oregon Revised Statute 813.010 and 18 U.S.C. §§ 13 and 1152.

Dated this 26 day of January 2016.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney

**Indictment**  **Page 2**