AO 442 (Rev. 01/09) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

JAN 27 '16  1:30PM
U.S. MARSHALS SERVICE

United States of America
v.
**CORWIN MICHAEL BOBB**
*Defendant*

Case No. 3:16-cr-00036-MO

FILED 3 FEB '16 14:19USDC-ORP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **CORWIN MICHAEL BOBB**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Fleeing or Attempting to Elude a Police Officer

Driving Under the Influence of Intoxicants

DATE 1/31/16
ARRESTED BY Warm Springs PD

Date: 01/27/2016

s/P. Scheneman
*Issuing officer's signature*

City and State:   Portland, OR

P. Scheneman, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   Arresting officer's signature _____   Printed name and title _____ |